IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY and PFIZER INC.,<br><br>Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>AUROBINDO PHARMA USA INC. and AUROBINDO PHARMA LTD.,<br><br>Defendants and Counterclaim-Plaintiffs. | C.A. No. 17-cv-374-LPS<br>(CONSOLIDATED) |
| BRISTOL-MYERS SQUIBB COMPANY and PFIZER INC.,<br><br>Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>Defendant and Counterclaim-Plaintiff. | C.A. No. 17-cv-379-LPS |

[PROPOSED] ORDER

At Wilmington this 14th day of November, 2018, consistent with the Memorandum Opinion and Order entered on October 18, 2018 (D.I. 382 and D.I. 383 in C.A. No. 17-374-LPS; D.I. 69 and D.I. 70 in C.A. No. 17-379-LPS), **IT IS HEREBY ORDERED** that C.A. No. 17-379-LPS is **DISMISSED WITHOUT PREJUDICE**.

_____
Hon. Leonard P. Stark
CHIEF UNITED STATES DISTRICT JUDGE

- 1 -